UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, BOULEVARD FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, GREATER NIAGARA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>                  -against-<br><br>HON. LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Courts, SHERIFF JAMES B. QUATTRONE, in his official capacity as Sheriff of Chautauqua County, New York, SHERIFF JOHN C. GARCIA, in his official capacity as Sheriff of Erie County, New York, SHERIFF MICHAEL J. FILICETTI, in his official capacity as Sheriff of Niagara County, New York,<br><br>                              Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/5/2022<br><br><br>1:22-cv-2753 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

   Plaintiffs Greater Chautauqua Federal Credit Union, Boulevard Federal Credit Union, and Greater Niagara Federal Credit Union are directed to serve Defendants the Honorable Lawrence K. Marks, Sherriff James B. Quattrone, Sherriff John C. Garcia, and Sherriff Michael J. Filicetti and file proof of service on the docket by April 6, 2022 at 9:00am.

**SO ORDERED.**

Date:  April 5, 2022
       New York, NY

                                                              _____
                                                              **MARY KAY VYSKOCIL**
                                                              **United States District Judge**

1