```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREATER CHAUTAUQUA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, BOULEVARD FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, GREATER NIAGARA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

HON. LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Courts, SHERIFF JAMES B. QUATTRONE, in his official capacity as Sheriff of Chautauqua County, New York, SHERIFF JOHN C. GARCIA, in his official capacity as Sheriff of Erie County, New York, SHERIFF MICHAEL J. FILICETTI, in his official capacity as Sheriff of Niagara County, New York,

Defendants.

1:22-cv-2753 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

This matter comes before the Court on Plaintiffs' application for a preliminary injunction that seeks to enjoin the enforcement of an amendment to the New York Civil Practice Law and Rules. [ECF Nos. 10-12]. The Court will hold a hearing on the application for a preliminary injunction on April 20, 2022, at 11:00AM in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Defendants may file any opposition to the application for a preliminary injunction by April 13, 2022 at 12:00PM.

At the hearing on the application for a preliminary injunction, the parties must be prepared to address whether this action is ripe, whether the injury alleged is fairly traceable to

1

the named Defendants, and whether the injury is redressable by favorable judicial determination.

Plaintiffs are directed to serve a copy of this order and a copy of the materials in support of their application on Defendants and their counsel pursuant to the Federal Rules of Civil Procedure by no later than 4:00PM today.

**SO ORDERED.**

Date:  April 6, 2022
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge