UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024
```

GREATER CHAUTAUQUA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, BOULEVARD FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, GREATER NIAGARA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

SHERIFF JAMES B. QUATTRONE, in his official capacity as Sheriff of Chautauqua County, New York, SHERIFF JOHN C. GARCIA, in his official capacity as Sheriff of Erie County, New York, SHERIFF MICHAEL J. FILICETTI, in his official capacity as Sheriff of Niagara County, New York, and LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

Defendant.

1:22-cv-2753 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of several letter motions to seal. [ECF Nos. 181, 187]. The requests to seal are **provisionally** granted, pending resolution of the parties' cross-motions for summary judgment. [*See* ECF Nos. 180, 188]. The Clerk of Court is respectfully requested to close docket entries 181 and 187.

**SO ORDERED.**

**Date: June 14, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1