

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

May 14, 2025

Emily Seiderman West

t 212.503.9816
f 212.307.5598
EAWest@Venable.com

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Greater Chautauqua Fed. Credit Union et al. v. Quattrone et al.*,
No. 22-cv-2753 (MKV)

Dear Judge Vyskocil,

Pursuant to Rule 7.C.i of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs advise that they intend to cross-examine the following witnesses at trial: (1) James A. Wilcox; (2) Daniel Grasso; (3) Tami Alt; (4) Cory Diez; and (5) Roxanne Buxton.

Sincerely,

Emily Seiderman West
VENABLE LLP
151 West 42nd Street
New York, NY 10036
Tel: 212.503.9816
Fax: 212.307.5598
EAWest@Venable.com

*Counsel for Plaintiffs Greater Chautauqua Federal Credit Union et al.*

cc: All counsel of record (via ECF)