# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GREATER CHAUTAUQUA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, BOULEVARD FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated, GREATER NIAGARA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,

          Plaintiffs,

-against-

SHERIFF JAMES B. QUATTRONE, in his official capacity as Sheriff of Chautauqua County, New York, SHERIFF JOHN C. GARCIA, in his official capacity as Sheriff of Erie County, New York, SHERIFF MICHAEL J. FILICETTI, in his official capacity as Sheriff of Niagara County, New York, and LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

          Defendants.

-----------------------------------------------------------------------X

22 **CIVIL** 2753 (MKV)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Amended Findings of Fact and Conclusions of Law dated September 26, 2025, judgment is GRANTED in favor of Defendants and the Amended Complaint in this action is DISMISSED. As such, Plaintiffs' request for an injunction is DENIED and the previously entered preliminary injunction is VACATED; accordingly, this case is closed.

**Dated:** New York, New York

    September 26, 2025

TAMMI M. HELLWIG
Clerk of Court

BY: _____
Deputy Clerk